FILED

10/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0055

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0055

_____

RYAN JONES,

     Plaintiff and Appellant,

v.

MONTANA STATE UNIVERSITY, a Unit of the
Montana University System & Subdivision of the
State of Montana,

     Defendant and Appellee.

_____

ORDER

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John C. Brown, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 7 2020